IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CORINTHEUS M. ASH,

    Plaintiff,

v.                                    CASE NO. 5:15-cv-00309-MP-CJK

ALAN STROBEL, et al.,

    Defendants.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated March 15, 2016. (Doc. 17). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff has filed objections at Doc. 18. I have made a de novo review based on those objections.

Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1.     The Magistrate Judge's Report and Recommendation, Doc. 17, is adopted and incorporated by reference in this order.

2.     This case is DISMISSED pursuant to 28 U.S.C. § 1915A for failure to state a claim upon which relief may be granted. All pending motions are DENIED AS MOOT.

3.     The clerk is directed to close the file.

**DONE AND ORDERED** this *18th* day of April, 2016

                                              *s/Maurice M. Paul*
                                        Maurice M. Paul, Senior District Judge